# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of May, two thousand and fourteen.

_____

Kathy Echevvaria,

        Plaintiff-Appellee,                          **ORDER**

       v.                                       Docket No. 14-1499

Diversified Consultants, Inc.,

        Defendant-Appellant.

_____

     Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 14, 2014 as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

     IT IS HEREBY ORDERED that the Appellant's brief and appendix must be filed on or before August 13, 2014. The appeal is dismissed effective August 13, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                     FOR THE COURT:

                                                     Catherine O'Hagan Wolfe,
                                                     Clerk of Court

